**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03403-NYW

LISA DENSON,

     Plaintiff,

v.

UNITED AIRLINES, INC.,

     Defendant.

District Judge Nina Y. Wang

Magistrate Judge Kathryn A. Starnella

_____

**JOINT MOTION TO AMEND SCHEDULING ORDER**
_____

In accordance with Fed. R. Civ. P. 6 and D.C. COLO. LCivR 6.1 and 7.1, Plaintiff Lisa Denson ("Plaintiff") and Defendant United Airlines, Inc. ("United"), jointly request that this Court modify the current Scheduling Order (ECF No. 30). This is the parties' first request to modify the Scheduling Order in this case.

Pursuant to Rule 16(b)(4), "A schedule may be modified only for good cause and with the judge's consent." Further, "[t]rial courts have 'considerable discretion' in determining what satisfies 'good cause.'" *Hubchik v. Owners Inc. Co.*, No. 23-CV-01359-DDD-KAS, 2025 WL 1068687, at *2 (D. Colo. Apr. 9, 2025).

Good cause for amendment of the Scheduling Order exists in this situation. The parties have been diligently proceeding with discovery but require additional time to complete substantial document review and production, including obtaining relevant medical records from medical providers. In addition, the parties are working collaboratively to schedule and complete all depositions but require additional time to do

1

so after certain remaining key documents are exchanged. Both parties consent to this request and submit that the extension will promote the efficient and orderly completion of fact discovery without prejudice to any party.

Accordingly, the parties jointly request that the Court amend the scheduling order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| *Discovery Cutoff* | July 23, 2026 (ECF No. 26, at § 9(b)) | September 21, 2026 |
| *Dispositive Motions* | December 2, 2026 (*Id.* at § 9(c)) | February 1, 2027 |
| *Expert Testimony Disclosures* | August 24, 2026 (*Id.* at § 9(d)(1)) | October 23, 2026 |
| *Expert Witness Designations* | August 24, 2026 (*Id.* at § 9(d)(3)) | October 23, 2026 |
| *Rebuttal Experts Designations* | October 8, 2026 (*Id.* at § 9(d)(4)) | December 7, 2026 |
| *Expert Discovery Cutoff* | November 2, 2026 (*Id.* at § 9(d)(4)) | January 1, 2027 |
| *Rule 702 Motions* | November 16, 2026 (*Id.* at § 9(d)(4)) | January 15, 2027 |

WHEREFORE, Plaintiff and United jointly and respectfully request that this Court grant the parties' motion to modify the current Scheduling Order (ECF No. 30) in line with the forgoing proposed deadlines.

*[Signatures follow]*

2

3

APPROVED AS SUBMITTED ON June 5, 2026:

*s/ Cori J. Iacopelli (w/consent)*
Cori J. Iacopelli
coriiacopelli@marsh.law
Helene M. Weiss
heleneweiss@marsh.law
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001
Telephone: (212) 372-3030

Allison Mahoney
Colorado Bar No. 57677
allison@almlawllc.com
ALM LAW LLC
411 East Main Street, Suite 205
Aspen, CO 81611
Telephone: (970) 315-5152

**Attorneys for Plaintiff**

*s/ Ada W. Dolph (w/consent)*
Ada W. Dolph
adolph@seyfarth.com
Taylor Iaculla
tiaculla@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**Attorney for Defendant**

## <u>CERTIFICATE OF CONFERRAL</u>

In accordance with Civ. Practice Standard 7.1B, I certify that on May 28, 2026, counsel for Defendant conferred with counsel for Plaintiff regarding the subject-matter of this Motion, who indicated Plaintiff agreed to the filing of this Motion.

*/s/ Ada W. Dolph*
Ada W. Dolph

4

5

## **CERTIFICATE REGARDING THE USE OF**
## **GENERATIVE ARTIFICIAL INTELLIGENCE**

I, Ada W. Dolph, hereby certify that generative artificial intelligence was not used to draft this filing.

*/s/ Ada W. Dolph*
Ada W. Dolph

## CERTIFICATE OF SERVICE

I, Ada W. Dolph, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon the following counsel of record, via the Court's ECF system, on June 5, 2026.

        */s/ Ada W. Dolph*
        Ada W. Dolph

6